NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1642

STATE OF LOUISIANA

VERSUS

RICHARD BENOIT

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 38012
HONORABLE MARILYN CASTLE, DISTRICT JUDGE

**************
SYLVIA R. COOKS
JUDGE
**************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks and J. David Painter, Judges.

**AFFIRMED.**

Richard J. Putnam, III
Assistant District Attorney, Vermilion Parish
P.O. Box 175
Abbeville, LA   70511-0175
(337) 898-4320
COUNSEL FOR APPELLEE:
      State of Louisiana

G. Paul Marx
Louisiana Appellate Project
P.O. Box 82389
Lafayette, LA  70598-2389
(337) 237-2537
COUNSEL FOR DEFENDANT/APPELLANT:
      Richard Benoit